

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York  10018
T (212) 218-5500
F (212) 218-5526

lcannon@seyfarth.com
T (212) 218- 5618

www.seyfarth.com

December 21, 2022

**VIA ECF**

Hon. Lorna G. Schofield
United States District Judge
United States District Court for the Southern District of New York
40 Foley Square, Courtroom 1106
New York, NY 10007

**Re:**   *Swartz v. Han's 28 Hospitality LLC*
   **Civil Action No.: 1:22-cv-09693-LGS (S.D.N.Y.)**

Dear Judge Schofield:

This office represents Defendant Han's 28 Hospitality LLC ("Defendant") in the above-referenced matter.  We write, with the consent of Plaintiff Helen Swartz ("Plaintiff"), to respectfully request (1) an adjournment of the Initial Pretrial Conference presently scheduled for January 11, 2023, and (2) a corresponding extension of the deadline to file pre-conference submissions.

By way of background, Plaintiff commenced this action on or about November 14, 2022.  (ECF No. 1.)  Defendant executed a waiver of service of the Complaint on December 9, 2022.  (ECF No. 6.)  Accordingly, Defendant's responsive pleading deadline is presently February 7, 2022.  (*Id.*)  On November 16, 2022, the Court scheduled an Initial Pretrial Conference for January 11, 2023, with pre-conference submissions due January 4, 2023.  (ECF No. 6.)

We respectfully request that the Court adjourn the Initial Pretrial Conference by 45 days to February 24, 2023 and reset the deadline for pre-conference submissions accordingly.  This is the first request for an adjournment of the Initial Pretrial Conference which, if granted, will not affect any other scheduled dates.  Defendant requires additional time to evaluate Plaintiff's claims, both to consider how to respond to the Complaint, and to prepare the joint letter contemplated by the Court's November 16, 2022 Order.  (*Id.*)  We have communicated with counsel for Plaintiff, and Plaintiff consents to this application.

We thank the Court for its time and attention to this matter.

90605701v.1



Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ Lotus Cannon*

Lotus Cannon

cc: All counsel of record (via ECF)

Application GRANTED in part and DENIED in part.  The initial pretrial conference scheduled for January 11, 2023, is adjourned to **February 15, 2023, at 4:20 P.M.**, and the deadline for the parties to file the joint letter and proposed civil case management plan and scheduling order is extended to **February 8, 2023, at 12:00 P.M.**

Dated: December 22, 2022
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

90605701v.1